UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINIDAD GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN CIOLLI,<br><br>Respondent. | No. 1:20-cv-00724-DAD-SKO (HC)<br><br>ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER<br><br>[FOURTEEN DAY DEADLINE] |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 22, 2020, Petitioner filed the instant habeas petition. He is currently in the custody of the Bureau of Prisons at the United States Penitentiary located in Atwater, California.

On May 28, 2020, a Scheduling Order was issued in this case, directing the parties to file a completed consent/decline form within thirty (30) days of the date of service of the order. Respondent was also directed to file a response to the petition within sixty (60) days of the date of service of the order. More than sixty (60) days have passed and Respondent has failed to comply with both court orders.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

**ORDER**

Based on the foregoing, Respondent is HEREBY ORDERED, within fourteen (14) days of the date of service of this order, to SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated: __**August 3, 2020**__                             /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE