# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINIDAD GONZALEZ,<br><br>  Petitioner,<br><br>  v.<br><br>CIOLLI, Warden,<br><br>  Respondent. | Case No. 1:20-cv-00724-DAD-SKO-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 22, 2020, Petitioner filed the instant habeas petition. (Doc. 1.) He is currently in the custody of the Bureau of Prisons at the United States Penitentiary located in Atwater, California.

On May 28, 2020, a Scheduling Order was issued in this case directing the parties to file a completed consent/decline form within thirty (30) days of the date of service of the order. (Doc. 4.) Respondent was also directed to file a response to the petition within sixty (60) days of the date of service of the order. More than sixty (60) days have passed without Respondent having complied with the court orders.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Accordingly, on August 4, 2020, the Court issued an order directing Respondent to show cause why sanctions should not be imposed for failing to comply with a court order. (Doc. 8.) On August 18, 2020, United States Attorney Michelle Rodriguez joined the matter as attorney of record for Respondent. (Doc. 9.) On August 19, 2020, Respondent filed a response to the order to show cause. (Doc. 9.) Counsel for Respondent states that she, with the assistance of colleagues at the United States Attorney's Office, investigated and examined the reasons why Respondent failed to comply with the Court's order. Counsel for Respondent states the legal assistant responsible for managing the incoming § 2241 ECF account for the Eastern District was partially out of the office due to a family emergency. Counsel further states the legal assistant teleworks from home due to the Covid-19 emergency and has experienced sporadic internet connectivity. Counsel submits that the failure to respond was administrative and mechanical in nature, and wholly unintentional. Having considered Respondent's response, the Court finds sanctions are not warranted in this instance. Given the current Covid-19 emergency, such issues are understandable and not unusual. The Court further acknowledges and appreciates the promptness in which the response was filed once the errors were discovered.

**ORDER**

Based on the foregoing, the August 4, 2020, order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 21, 2020**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE