## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DAVID TRINIDAD GONZALEZ,**

CASE NO: **1:20–CV–00724–DAD–SKO**

v.

**CIOLLI,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/24/2021**

          **Keith Holland**
          Clerk of Court

ENTERED: **November 24, 2021**

        by: /s/ A. Jessen
            Deputy Clerk